IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0132

_____

WALTER LEITE and BRENDA LEITE,

      Plaintiffs and Appellants,

    v.

                                 O R D E R

ELIZABETH WING SPOONER, JOHN MEEKS,
INTEDRITY HOME INSPECTIONS LLC
AND DOES A-Z, INCLUSIVE,

      Defendants and Appellees.

_____

Upon consideration of Appellants' unopposed motion to consolidate, and good cause appearing therefore,

IT IS ORDERED that Cause Nos. DA 23-0132 and DA 23-0133 are hereby consolidated under Cause No. DA 23-0132 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 14 2023